**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1407**

CARROLL MURRAY, d/b/a New Age Real Estate Solution LLC,

Plaintiff - Appellant,

v.

GREGORY RAY, d/b/a InvestCar LLC; DYLAN CRAIG, d/b/a InvestCar LLC,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:20-cv-00600-RJC-DSC)

Submitted: October 20, 2021                                   Decided: January 12, 2022

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carroll Murray, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Caroll Murray appeals the district court's order dismissing without prejudice his civil action for failure to comply with a court order. We have reviewed the record and find no reversible error. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019) (discussing relevant factors); *Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (applying abuse-of-discretion standard). Accordingly, we affirm for the reasons stated by the district court. *Murray v. Ray*, No. 3:20-cv-00600-RJC-DSC (W.D.N.C. Feb. 3, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*